1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA BROOKE,<br><br>       Plaintiff,<br><br>    v.<br><br>H&K PARTNERSHIP, a California partnership dba Best Economy Inn & Suites,<br><br>       Defendant. | Case No.: 1:16-cv-1406-AWI-JLT<br><br>ORDER STAYING ALL OF THE RELATED ACTIONS |
| THERESA BROOKE,<br><br>       Plaintiff,<br><br>    v.<br><br>C & S CHONG INVESTMENT CORPORATION, a California corporation dba La Quinta Inn Bakersfield North,<br><br>       Defendant. | Case No.: 1:16-cv-1407-LJO-JLT |
| THERESA BROOKE,<br><br>       Plaintiff,<br><br>    v.<br><br>JDS HOSPITALITY GROUP, LLC, a California limited liability company dba Days Inn Bakersfield,<br><br>       Defendant. | Case No.: 1:16-cv-1408-DAD-JLT |

THERESA BROOKE,

           Plaintiff,

      v.

JHP HOSPITALITY GROUP, INC., a
California corporation dba Ramada Limited
Bakersfield North,

           Defendant.

Case No.: 1:16-cv-1409-AWI-JLT

_____

THERESA BROOKE,

           Plaintiff,

      v.

D.P.R.L. INVESTMENTS, LLC, a
California limited liability company dba
Hotel Rosedale,

           Defendant.

Case No.: 1:16-cv-1410-LJO-JLT

_____

THERESA BROOKE,

           Plaintiff,

      v.

KOO JIN HYUN & CHU MYUNG HEE,
trustees of the KOO JIN HYUN & CHU
MYUNG HEE TRUST dba Hampton Inn &
Suites Bakersfield North-Airport,

           Defendants.

Case No.: 1:16-cv-1411-DAD-JLT

_____

THERESA BROOKE,

           Plaintiff,

      v.

PRIME HOSPITALITY SERVICES, LLC, a
California limited liability company dba
Hampton Inn & Suites Bakersfield/Hwy 58,

           Defendant.

Case No.: 1:16-cv-1414- LJO-JLT

_____

| | |
|---|---|
| THERESA BROOKE, | Case No.: 1:16-cv-1415-LJO-JLT |
| Plaintiff, | |
| v. | |
| RP GOLDEN STATE MGT, LLC, a California limited liability company dba Garden Suites Inn, | |
| Defendant. | |

| | |
|---|---|
| THERESA BROOKE, | Case No.: 1:16-cv-1449-LJO -JLT |
| Plaintiff, | |
| v. | |
| KPK, INC., a California corporation dba Travelodge Turlock, | |
| Defendant. | |

| | |
|---|---|
| THERESA BROOKE, | Case No.: 1:16-cv-1454-DAD-JLT |
| Plaintiff, | |
| v. | |
| LILJENQUIST MODESTO COMPANY, LLC, a California limited liability company dba Modesto Hotel, | |
| Defendant. | |

| | |
|---|---|
| THERESA BROOKE, | Case No.: 1:16-cv-1455- DAD-JLT |
| Plaintiff, | |
| v. | |
| METRO HOSPITALITY SERVICES, INC., a California corporation dba Hampton Inn Fresno NW, | |
| Defendant. | |

3

| | |
|---|---|
| 1 | THERESA BROOKE, | Case No.: 1:16-cv-1456-LJO-JLT |

1 THERESA BROOKE,                          Case No.: 1:16-cv-1456-LJO-JLT

2                    Plaintiff,

3          v.

4 JAYESHKUMAR PATEL, an individual;
  PRAFULBHAI PATEL, an individual, both
5 individuals dba Budget Inn Modesto,

6                    Defendants.

7 _____

8 THERESA BROOKE,                          Case No.: 1:16-cv-1465-AWI-JLT

9                    Plaintiff,

10         v.

11 KHATRI BROTHERS, L.P., a California
   limited partnership dba Clarion Modesto,
12
                   Defendant.
13

14 _____

15 THERESA BROOKE,                          Case No.: 1:16-cv-1499-AWI- JLT

16                    Plaintiff,

17         v.

18 A&A TARZANA PLAZA, LP, a California
   limited partnership dba Hilton Garden Inn
19 Clovis,

20                  Defendant.

21 _____

22 THERESA BROOKE,                          Case No.: 1:16-cv-1503-DAD- JLT

23                    Plaintiff,

24         v.

25 THANDI ENTERPRISES, LLC, a California
   limited liability company dba Holiday Inn
26 Express Fresno,

27                  Defendant.

28 _____

4

THERESA BROOKE,

        Plaintiff,

      v.

FRESNO AIRPORT HOTELS, LLC, a
California limited liability company dba
Ramada Fresno Airport,

        Defendant.

_____

Case No.: 1:16-cv-1506-DAD- JLT

THERESA BROOKE,

        Plaintiff,

      v.

KAINTH BROTHERS, INC., a California
corporation dba Country Inn Suites Fresno
North,

        Defendant.

_____

Case No.: 1:16-cv-1508-LJO- JLT

THERESA BROOKE,

        Plaintiff,

      v.

SHIV HOTELS, LLC, a California limited
liability company dba Hampton Inn Fresno,

        Defendant.

_____

Case No.: 1:16-cv-1509-LJO- JLT

THERESA BROOKE,

        Plaintiff,

      v.

SHIVKRUPA INVESTMENTS, INC., a
California corporation dba La Quinta Inn
Suites Fresno,

        Defendant.

_____

Case No.: 1:16-cv-1510-LJO- JLT

THERESA BROOKE,

           Plaintiff,

      v.

SHRIGI, INC., a California corporation dba
Welcome Inn Fresno,

           Defendant.

_____

Case No.: 1:16-cv-1511-LJO- JLT

THERESA BROOKE,

           Plaintiff,

      v.

THE DAE SUNG & HEE JAE CHA TRUST
dba Quality Inn Tulare,

           Defendant.

_____

Case No.: 1:16-cv-1520-LJO- JLT

THERESA BROOKE,

           Plaintiff,

      v.

HANFORD INVESTORS, INC., a
California corporation dba Comfort Inn
Hanford,

           Defendant.

_____

Case No.: 1:16-cv-1521-AWI- JLT

THERESA BROOKE,

           Plaintiff,

      v.

INTERLINK PROPERTIES L.P., a
California limited partnership dba Hampton
Inn Visalia,

           Defendant.

_____

Case No.: 1:16-cv-1522-LJO- JLT

THERESA BROOKE,                                 Case No.: 1:16-cv-1529-DAD- JLT

        Plaintiff,

    v.

NMA HOSPITALITY LLC, a California
limited liability company dba La Quinta
Tulare,

        Defendant.

_____

THERESA BROOKE,                                 Case No.: 1:16-cv-1530-DAD- JLT

        Plaintiff,

    v.

TERRA INVESTMENTS I, LLC, a
California limited liability company dba
Charter Inn Suites,

        Defendant.

_____

THERESA BROOKE,                                 Case No.: 1:16-cv-1594-AWI- JLT

        Plaintiff,

    v.

PICADILLY INN UNIVERSITY, dba
University Square Hotel,

        Defendant.

_____

THERESA BROOKE,                                 Case No.: 1:16-cv-1595-DAD- JLT

        Plaintiff,

    v.

DAYS INN OF FRESNO PARTNERSHIP,
dba Days Inn Fresno Central,

        Defendant.

7

1    THERESA BROOKE,                              Case No.: 1:16-cv-1596-DAD- JLT

2              Plaintiff,

3        v.

4    PICADILLY INN EXPRESS,

5              Defendant.

6    
     _____

7

8            A district court has the inherent power to stay its proceedings.  This power to stay is "incidental

9    to the power inherent in every court to control the disposition of the causes on its docket with economy

10   of time and effort for itself, for counsel, and for litigants." Landis v. North American Co., 299 U.S.

11   248, 254 (1936); see also Gold v. Johns–Manville Sales Corp., 723 F.2d 1068, 1077 (3d Cir.1983)

12   (holding that the power to stay proceedings comes from the power of every court to manage the cases

13   on its docket and to ensure a fair and efficient adjudication of the matter at hand).  This is best

14   accomplished by the "exercise of judgment, which must weigh competing interests and maintain an

15   even balance." Landis, 299 U.S. at 254–55.  In determining whether to issue a stay, courts consider the

16   potential prejudice to the non-moving party; the hardship or inequity to the moving party if the action is

17   not stayed; and the judicial resources that would be saved by simplifying the case or avoiding

18   duplicative litigation if the case before the court is stayed.  CMAX, Inc. v. Hall, 300 F.2d 265, 268 (9th

19   Cir.1962).

20           Recently, the Court ordered the plaintiff to show cause why the actions should not be dismissed

21   for lack of standing and lack of subject matter jurisdiction. To allow time for this issue to be resolved

22   and to avoid the occurrence of events inconsistent with the Court's attempts to preserve judicial

23   resources—including, for example, the filing of motions to dismiss—until the standing issue is

24   resolved, the Court concludes that a stay is necessary.  Thus, explicitly, the Court finds the parties' and

25   the Court's resources would be preserved if the matter was stayed pending the resolution of the

26   standing issue.  Finally, the Court finds that there would be no hardship as a result of the brief stay that

27   it anticipates. Accordingly, the Court **ORDERS**:

28
                                                    8

1.     Except for the plaintiff's obligation to comply with the orders to show cause, the actions are **STAYED**.  All other deadlines—including the obligation of the defendants to file responsive pleadings—are not in effect at this time.

IT IS SO ORDERED.

Dated:    **October 28, 2016**                **/s/ Jennifer L. Thurston**
                                                 UNITED STATES MAGISTRATE JUDGE