**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA BROOKE,<br><br>                Plaintiff,<br><br>        v.<br><br>JHP HOSPITALITY GROUP, INC., dba<br>Ramada Limited North,<br><br>                Defendant. | Case No.: 1:16-cv-1409-AWI- JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br><br>(Doc. 10) |

On October 28, 2016, the plaintiff notified the Court that the parties have settled the action. (Doc. 10)  Thus, the Court **ORDERS**:

1.        The stipulation to dismiss the action **SHALL** be filed no later than **November 25, 2016**;

2.        All pending dates, conferences and hearings are **VACATED**.

        **The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated:   **October 31, 2016**                       **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE